FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

20 MAY -8 PM 2: 49

CLERK J. Hodges
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| CHERYL STUBBS, | * | |
| Plaintiff, | * | |
| v. | * | CV 120-045 |
| C.R. BARD INCORPORATED and BARD PERIPHERAL VASCULAR INCORPORATED, | * | |
| Defendants. | * | |

### O R D E R

Before the Court is the Parties' joint stipulation of dismissal with prejudice. (Doc. 15.) The Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 8th day of May, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA